

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2022

No. 04-21-00541-CV

Martie Y. **GARCIA-VELA**, Individually and d/b/a The Law Office of Martie Garcia-Vela, P.C.,
Appellant

v.

Norman **JOLLY**, Individually and d/b/a Norman Jolly, P.C. and Michael Jolly, Individually and
d/b/a Michael B. Jolly, P.C.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-19-592
The Honorable Martin Chiuminatto, Judge Presiding

# O R D E R

On July 18, 2022, appellant requested an extension of time until August 9, 2022 to file her reply brief. After consideration, we **grant** the motion and **order** the brief due **by August 9, 2022.**

It is so **ORDERED** on this 27th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court